# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK
# WATERTOWN DIVISION

| | |
|---|---|
| April Guilder,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Delanor, Kemper & Associates, LLC,<br><br>　　　　Defendant. | Case No.: 8:10-CV-0844(DNH/DRH)<br><br>**COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT AND OTHER EQUITABLE RELIEF**<br><br>**JURY DEMAND ENDORSED HEREIN** |

## JURISDICTION AND VENUE

1. Jurisdiction is founded on 28 U.S.C. §1331 pursuant to the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §1692.  Venue is proper because a substantial part of the events giving rise to this claim occurred in this judicial district.

## FACTS COMMON TO ALL COUNTS

2. Plaintiff is a natural person that resided in Lewis, New York at all times relevant to this action.

3. Defendant is a Georgia Limited Liability Company that maintained its principal place of business in Atlanta, Georgia at all times relevant to this action.

4. Defendant is a "debt collector" as defined by 15 U.S.C. §1692a(6).

5. As described below, Defendant attempted to collect a debt from Plaintiff that Plaintiff allegedly owed in connection with a personal loan, which is a "debt" as defined by 15 U.S.C. §1692a(5)

6. Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3).

7. On or around March 20, 2010, Defendant's employee ("Maloney") telephoned Plaintiff in connection with the collection of the debt.

8. During this communication, Maloney falsely represented that Plaintiff had been charged with fraud and could be sentenced to two years in jail.

9. During this communication, Maloney falsely represented that Plaintiff would have to appear in court on March 29, 2010 unless Plaintiff paid Defendant the entire balance of the debt by 5:00pm that day.

10. Defendant caused Plaintiff emotional distress.

11. Defendant violated the FDCPA.

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

12. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

13. Defendant violated 15 U.S.C. §1692d by engaging in conduct the natural consequence of which was to harass, oppress, or abuse Plaintiff in connection with the collection of the debt.

## COUNT TWO

### Violation of the Fair Debt Collection Practices Act

14. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

15. Defendant violated 15 U.S.C. §1692e by using false, deceptive, or misleading representations in connection with the collection of the debt.

## JURY DEMAND

16. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

17. Plaintiff prays for the following relief:

a. Judgment against Defendant for actual damages, statutory damages, and costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

b. For such other legal and/or equitable relief as the Court deems appropriate.

          RESPECTFULLY SUBMITTED,

By: /s/ Roger J. Yehl
    Roger J. Yehl, Bar Roll # 516172
    Macey & Aleman, P.C. – Of Counsel
    136 Wilson Street
    P.O. Box 538
    Salamanca, NY 14779
    Telephone: (877) 606-1222
    Email: ryehl@legalhelpersdr.com