# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| April Guilder,<br><br>　　　Plaintiff,<br><br>v.<br><br>Delanor, Kemper & Associates, LLC,<br><br>　　　Defendant. | Case No. 8:10-cv-844-DNH-DRH<br><br><br>**NOTICE OF MOTION** |

To:   Delanor, Kemper & Associates, LLC
　　　c/o George Thorpe, Registered Agent
　　　1878 Canmont Drive
　　　Atlanta, GA 30319

　　　PLEASE TAKE NOTICE that, unless the Court orders otherwise, Plaintiff's counsel shall appear before Judge David N. Hurd, at the Alexander Pirnie Federal Building, 10 Broad Street, Utica, NY 13501, on Friday January 14, 2011, at the hour of 10:00am and then and there present **PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT**, a copy of which is served upon you.

　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　By: /s/ Roger J. Yehl
　　　　　　　　　　　　　　　　　Roger J. Yehl, Bar Roll # 516172
　　　　　　　　　　　　　　　　　Macey & Aleman, P.C. – Of Counsel
　　　　　　　　　　　　　　　　　136 Wilson Street
　　　　　　　　　　　　　　　　　P.O. Box 538
　　　　　　　　　　　　　　　　　Salamanca, NY 14779
　　　　　　　　　　　　　　　　　Telephone: (877) 606-1222
　　　　　　　　　　　　　　　　　Email: ryehl@legalhelpersdr.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on November 24, 2010, my firm served Defendant with a copy of the foregoing Notice of Motion by placing a copy of the same in the United States Mail, addressed as follows:

Delanor, Kemper & Associates, LLC
c/o George Thorpe, Registered Agent
1878 Canmont Drive
Atlanta, GA 30319

                                                              /s/ Roger J. Yehl