# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| April Guilder,<br><br>    Plaintiff,<br><br>v.<br><br>Delanor, Kemper & Associates, LLC,<br><br>    Defendant. | Case No. 8:10-cv-844-DNH-DRH<br><br><br>MOTION TO ENFORCE SETTLEMENT AGREEMENT |

Now comes Plaintiff April Guilder ("Plaintiff"), by and through counsel, and respectfully requests this Honorable Court to enforce a settlement agreement between the parties by entering a Judgment against Defendant Delanor, Kemper & Associates, LLC.  In support hereof, Plaintiff states as follows:

1. A district court has the inherent authority to enforce a settlement agreement reached in a case currently pending before it. Sorensen v. Consolidated Rail Corp., 992 F.Supp. 146, 149 (N.D.N.Y.1998), *citing* Cruz v. Korean Air Lines Co., Ltd., 838 F.Supp. 843, 845-46 (S.D.N.Y.1993).

2. Upon a motion to enforce such a settlement agreement, the court should enter a judgment enforcing the agreement if it finds that the parties did in fact reach a binding settlement agreement. *See e.g.*, Omega Engineering, Inc. v. Omega, S.A., 432 F.3d 437 (2nd Cir. 2005).

3. The parties in this action executed a Settlement Agreement and General Release by Plaintiff's signature on September 13, 2010 and the signature of Defendant's President on October 25, 2010. *See Exhibit A  pg 3*.

4. The agreement required Defendant to deliver to Plaintiff's attorneys a check for $2,125.00 no later than October 8, 2010 and a second check for $2,125.00 no later than November 8, 2010, for a total of $4,250.00. Id at pg 1.

5. Defendant tendered the first check in the amount of $2,125.00 to Plaintiff's attorneys on October 27, 2010, which was 19 days late. *See Affidavit of Timothy Sostrin*.

6. The second check for $2,125.00 is now also past due and has yet to be delivered. Id.

7. Plaintiff's counsel has made repeated demands for payment but to no avail. *See Exhibit B*.

8. Plaintiff has incurred $1,625.00 in reasonable attorney's fees in seeking to enforce the settlement agreement. *See* Id.

9. The settlement agreement provides that a party who files a successful action to enforce the agreement is entitled to recover attorney's fees and costs. *See Exhibit A pg 3*.

10. As such, Defendant's obligation to Plaintiff is now $3,750.00, which is comprised of the remaining settlement funds ($2,125.00) plus reasonable attorney's fees of $1,625.00 incurred in enforcement.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to enter judgment against Defendant Delanor, Kemper & Associates, LLC and in favor of Plaintiff April Guilder in the total amount of $3,750.00

RESPECTFULLY SUBMITTED,

By: /s/ Roger J. Yehl
    Roger J. Yehl, Bar Roll # 516172
    Macey & Aleman, P.C. – Of Counsel
    136 Wilson Street
    P.O. Box 538
    Salamanca, NY 14779
    Telephone: (877) 606-1222
    Email: ryehl@legalhelpersdr.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2010, my firm served Defendant with a copy of the foregoing Motion and attachments by placing a copy of the same in the United States Mail, addressed as follows:

Delanor, Kemper & Associates, LLC
c/o George Thorpe, Registered Agent
1878 Canmont Drive
Atlanta, GA 30319

                                                                                                 /s/ Roger J. Yehl