# EXHIBIT B

# Macey & Aleman
Summary of Legal Services Provided with Respect to Enforcement of the Settlement Agreement

Ms. April Guilder                                                                                       November 24, 2010
Lewis, NY

| Date | Initials | Time Spent | Hourly Rate | Total Charge | Description |
|---|---|---|---|---|---|
| 10/11/10 | TJS | 0.1 | 250.00 | $ 25.00 | Email to Kimberly Bryant at Defendant's office re 1st check |
| 10/13/10 | TJS | 0.1 | 250.00 | $ 25.00 | Call to Bryant, left message regarding check |
| 10/13/10 | TJS | 0.1 | 250.00 | $ 25.00 | Email with client regarding check |
| 10/14/10 | TJS | 0.1 | 250.00 | $ 25.00 | call to Bryant, left message re check |
| 10/15/10 | TJS | 0.1 | 250.00 | $ 25.00 | email with client regarding check |
| 10/15/10 | TJS | 0.1 | 250.00 | $ 25.00 | email to Bryant regarding check |
| 10/18/10 | TJS | 0.1 | 250.00 | $ 25.00 | email with client regarding enforcement process |
| 10/19/10 | TJS | 0.7 | 250.00 | $ 175.00 | rev local rules regarding motions and pro hac vice admissions, began motion to enforce, forms for PHV admission |
| 10/19/10 | TJS | 0.1 | 250.00 | $ 25.00 | email to Roger Yehl |
| 10/20/10 | TJS | 0.1 | 250.00 | $ 25.00 | email with client regarding check/enforcement |
| 10/21/19 | TJS | 0.1 | 250.00 | $ 25.00 | email with client re check/enforcement |
| 10/22/10 | TJS | 0.1 | 250.00 | $ 25.00 | email to Yehl |
| 10/22/10 | TJS | 0.1 | 250.00 | $ 25.00 | call to Yehl |
| 10/25/10 | TJS | 0.1 | 250.00 | $ 25.00 | email with Bryant, regarding executed release |
| 10/25/10 | RJY | 0.3 | 250.00 | $ 75.00 | reviewedfile, executed affidavit of sponsor, email to TJS |
| 10/26/10 | TJS | 0.4 | 250.00 | $ 100.00 | prepared status report, email to Yehl |
| 10/26/10 | RJY | 0.2 | 250.00 | $ 50.00 | reviewed status report, email to TJS |
| 10/26/10 | TJS | 0.1 | 250.00 | $ 25.00 | filed status report |
| 10/27/10 | TJS | 0.1 | 250.00 | $ 25.00 | received first check, updated file |
| 10/28/10 | TJS | 0.1 | 250.00 | $ 25.00 | email with client regarding first check |
| 10/29/10 | TJS | 0.1 | 250.00 | $ 25.00 | email with client regarding first check |
| 11/05/10 | TJS | 0.1 | 250.00 | $ 25.00 | reviewed docket entry re rule 16 conference |
| 11/05/10 | RJY | 0.1 | 250.00 | $ 25.00 | reviewed docket entry |
| 11/11/10 | TJS | 0.1 | 250.00 | $ 25.00 | email with client re past due second check |
| 11/11/10 | TJS | 0.1 | 250.00 | $ 25.00 | email to Bryant re second check |

| Date | Initials | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 11/17/10 | TJS | 0.1 | 250.00 | $ 25.00 | email with client re second check |
| 11/17/10 | TJS | 0.1 | 250.00 | $ 25.00 | call to Bryant re second check |
| 11/18/10 | TJS | 1.6 | 250.00 | $ 400.00 | drafted motion to enforce, affidavit, email to Yehl |
| 11/18/10 | RJY | 0.2 | 250.00 | $ 50.00 | reviewed draft motion/docs, email to TJS |
| 11/22/10 | TJS | 0.7 | 250.00 | $ 175.00 | finalized motion, notice, and supporting docs, email to Yehl |
| 11/22/10 | RJY | 0.1 | 250.00 | $ 25.00 | reviewed motion, email to TJS |

**Total time Charges**      $ 1,625.00

**Total Time and Expenses**      $ 1,625.00