

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| April Guilder,<br><br>Plaintiff,<br><br>v.<br><br>Delanor, Kemper & Associates, LLC,<br><br>Defendant. | Case No. 8:10-cv-844-DNH-DRH<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT |

For good cause shown, Plaintiff's Motion to Enforce Settlement Agreement is GRANTED.  The Clerk of Court is directed to enter a Judgment against Defendant Delanor, Kemper & Associates, LLC, and in favor of Plaintiff April Guilder, in the total amount of $3,750.00.  IT IS SO ORDERED.

Dated: 1-14-11

_____
U.S. District Judge David N. Hurd